CORNELIUS V. TRAPHAGEN and others

*v.*

THE MAYOR AND ALDERMEN OF JERSEY CITY.

*Mr. E. A. Ransom,* for appellants.

*Mr. J. C. Besson,* for respondents.

On appeal from a decree of the vice-chancellor, reported in *Traphagen* v. *Jersey City,* 2 *Stew.* 206.

PER CURIAM.

This decree unanimously affirmed.